AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Troy Allen Koen | ) Case No. 1:23-mj-291 |
| DOB: XXXXXX | ) Assign to: Magistrate Judge Zia M. Faruqui |
|  | ) Date: 11/2/2023 |
|  | ) Description: COMPLAINT WITH ARREST WARRANT |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | - Assaulting, Resisting, or Impeding Certain Officers; |
| 18 U.S.C. § 231(a)(3) | - Obstruction of Law Enforcement During Civil Disorder; |
| 18 U.S.C. § 1361 | - Destruction of Government Property; |
| 18 U.S.C. § 1752(a)(1) | - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; |
| 18 U.S.C. § 1752(a)(4) | - Engaging in Physical Violence in a Restricted Building or Grounds; |
| 40 U.S.C. § 5104(e)(2)(E) | - Obstruct, or impede passage through or within, the Grounds or any of the Capitol Buildings; |
| 40 U.S.C. § 5104(e)(2)(F) | - Act of Physical Violence in the Capitol Grounds or Buildings. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

George Paz, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 11/02/2023

*Judge's signature*

City and state: Washington, D.C.  Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*