# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Troy Allen Koen<br><br>Defendant | )<br>) Case No. 1:23-mj-291<br>) Assign to: Magistrate Judge Zia M.. Faruqui<br>) Date: 11/2/2023<br>) Description: COMPLAINT WITH ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) _____Troy Allen Koen_____,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1361 - Destruction of Government Property;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(E) - Obstruct, or impede passage through or within, the Grounds or any of the Capitol Buildings;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Date: _____11/02/2023_____

_____
Issuing officer's signature

Zia M. Faruqui

City and state: _____Washington, D.C._____

Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title

---

### Return

This warrant was received on (date) __11-05-2023__ and the person was arrested on (date) __11-9-2023__
at (city and state) __INDIANAPOLIS, IN__ .

Date: __11-9-2023__

_____
Arresting officer's signature

SA GEORGE PAZ, FBI
Printed name and title