UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 23-mj-291 (ZMF) |
| | : | |
| **TROY ALLEN KOEN,** | : | |
| | : | |
| **Defendant.** | : | |

### JOINT MOTION TO CONTINUE STATUS HEARING
### AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT

The United States of America and the defendant, by and through his counsel, respectfully move this Court to continue the status hearing currently scheduled for February 20, 2024, and to exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) from February 20, 2024 until the date of the next status hearing in this case, to be determined by the Court.  In support whereof, the parties states as follows:

1. The defendant was charged by criminal complaint on November 2, 2023, on charges of 18 U.S.C. § 1361 (Destruction of Government Property); 18 U.S.C. § 231(a)(3) (Civil Disorder); 18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers); 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds); 18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in Restricted Building or Grounds); 40 U.S.C. § 5104(e)(2)(E) (Impeding Passage Through the Capitol Grounds or Buildings); and 40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Buildings).  He was arrested and was presented for an Initial Appearance in Indiana on November 9, 2023, following which the defendant was released on bond pending trial.

2. The defendant was presented for an Initial Appearance in the District of Columbia on November 21, 2023.  He continues to be released on bond pending trial.

3. The parties respectfully request a continuance of approximately 60 days to facilitate the discovery process and initiate plea discussions between the parties. The government proposes that a further status conference be scheduled during the week of April 29, 2024,[1] subject to the Court's availability.

4. The parties further move, pursuant to 18 U.S.C. § 3161(h)(7)(A), to exclude time under the Speedy Trial Act in the interests of justice from February 20, 2024 until the date of the next status hearing in this case, to be determined by the Court. This additional period is necessary to allow time for discovery disclosure, time for the defendant to fully review the discovery in the case, and to allow the parties to engage in discussions regarding potential resolution of this case short of trial. Therefore, the parties respectfully submit that the ends of justice served by such exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, the parties respectfully move that the status hearing in this case currently scheduled for February 20, 2024 be continued until such date as the Court may determine, and that the time from February 20, 2024 until the date of the next status hearing in this case be excluded from computation under the Speedy Trial Act.

Respectfully submitted,

MATTHEW GRAVES
United States Attorney

*/s/*
ASHLEY AKERS
Trial Attorney (Detailed)
MO Bar No. 69601
Ashley.akers@usdoj.gov
(202) 353-0521

---

[1] Undersigned counsel is scheduled to be out of the country from April 11-24, 2024.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 23-mj-291 (ZMF) |
| | : | |
| **TROY ALLEN KOEN,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the parties' Joint Motion To Continue Status Hearing and To Exclude Time Under Speedy Trial Act,

IT IS ORDERED, that the status hearing currently scheduled for February 20, 2024 be continued until _____;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the time period from February 20, 2024 until _____, be excluded from computation of time under the Speedy Trial Act in this case, in order to permit time for discovery production, time for review of such discovery, and to allow time for the parties to discuss a disposition of this matter short of trial, and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated this _____ day of February, 2024.

_____
HON. ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE